UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID JOSEPH KUCHAR,

          Plaintiff,

    v.

CCDC,

          Defendant.

Case No. 2:25-cv-02525-CDS-MDC

**ORDER**

Pro se plaintiff David Joseph Kuchar brings this civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while housed at Clark County Detention Center. On December 30, 2025, the Court denied Plaintiff's incomplete application to proceed *in forma pauperis* without prejudice and ordered Plaintiff to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* by February 20, 2026. (ECF No. 3.) On January 12, 2026, Plaintiff filed another application to proceed *in forma pauperis* (ECF No. 4), but this application is still incomplete because the financial certificate is not signed by a jail official, and Plaintiff did not include an inmate trust fund account statement for the previous six-month period with the application. The Court will deny Plaintiff's application without prejudice and grant him another extension of time to address the matter of the filing fee until **March 16, 2026**.

**I.    DISCUSSION**

An inmate seeking to bring a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the action without prepaying the full $405 filing fee. *See* 28 U.S.C. § 1915(a)(2); Nev. Loc. R. Prac. LSR 1-2. To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3); (2) a **Financial Certificate** properly signed by both the inmate and a jail official (i.e. page 4 of this Court's

approved form); and (3) a copy of the **inmate's jail trust fund account statement for the previous six-month period**.

**II.      CONCLUSION**

It is therefore ordered that Plaintiff's incomplete application to proceed *in forma pauperis* (ECF No. 4) is denied without prejudice.

It is further ordered that Plaintiff has until **March 16, 2026**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three of the following required documents:

(i) a completed application with the inmate's two signatures on page 3,

(ii) a completed financial certificate that is signed both by the inmate and the jail official, and

(iii) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a <u>new</u> case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate with instructions.

DATED: January 20, 2026

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

2